STEPHEN D. BRIDGES *vs.* GEORGE E. PATTERSON.

Hancock County. Decided December 28, 1915. Action of assumpsit to recover balance alleged to be due on sale of a certain quantity of fish. The verdict was for the plaintiff and the case is before this court on the usual motion for a new trial. There is no controversy concerning the law involved in the case. The issue was solely one of fact and it is the opinion of the court that the verdict of the jury was not so manifestly wrong as to warrant us in disturbing it. Accordingly the entry must be motion overruled. *Fellows & Fellows,* for plaintiff. *W. C. Conary,* for defendant.